UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-CR-359-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRAULIO MEDINA-GARCIA,

    Defendant.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Juan Jose Ceja-Ponce, INMATE # 30588-013, before a United States District Judge Wiley Y. Daniel, on **April 10, 2006**, for a Jury Trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

    Dated:  March 22, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge