UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-359-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRAULIO MEDINA-GARCIA,

    Defendants.
_____

**ORDER**
_____

    THIS MATTER is before the Court on Defendant's Unopposed Motion to Continue Jury Trial (# 324), filed Mach 23, 2006.  Having reviewed the motion and being fully advised, it is

    ORDERED that the ten-day jury trial currently scheduled for April 17, 2006, at 9:00 a.m., is **VACATED and RESET** as a **five-day jury trial** to commence on **Monday, August 21, 2006, at 9:00 a.m.**  It is

    FURTHER ORDERED that the final trial preparation conference and hearing on pending motions, if any, will be held on **Friday, August 11, 2006, at 3:00 p.m.**

    Dated:  March 24, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge