UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00359-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2. BRAULIO MEDINA-GARCIA,

   Defendant.

_____

ORDER
_____

THIS MATTER is before the Court on Defendant Braulio Medina-Garcia's pro se Motion to Reinstead [sic] an Issue Previously Preserved & for Relief Based on the New Mandate, and Holding of the Honorable U.S. Supreme Court [# 372], filed June 29, 2007.  Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976).  Defendant is currently represented by counsel, Adam Michael Tucker.  Consequently, the Court will not consider a motion that the Defendant has filed *pro se.*  Accordingly it is

ORDERED that Defendant's *pro se* Motion to Reinstead [sic] an Issue Previously Preserved & for Relief Based on the New Mandate, and Holding of the Honorable U.S. Supreme Court [# 372], filed June 29, 2007, is **STRICKEN**.

Dated:  June 29, 2007

                               BY THE COURT:

                               s/ Wiley Y. Daniel
                               Wiley Y. Daniel
                               U. S. District Judge