UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00359-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRAULIO MEDINA-GARCIA,

    Defendant.
_____

ORDER
_____

THIS MATTER is before the Court on Defendant Braulio Medina-Garcia's pro se Motion to Reinstead [sic] an Issue Previously Presarved [sic]& for Relief Based on the New Mandate, and Holding of the Honorable U.S. Supreme Court [# 374], filed August 13, 2007.  Under the law, there is no constitutional right to a hybrid form of representation.  *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). Defendant is currently represented by counsel, Adam Michael Tucker.  Consequently, the Court will not consider a motion that the Defendant has filed *pro se.*  Accordingly it is

ORDERED that Defendant's *pro se* Motion to Reinstead [sic] an Issue Previously Presarved [sic] & for Relief Based on the New Mandate, and Holding of the Honorable U.S. Supreme Court [# 374], filed August 13, 2007, is **STRICKEN**.

Dated: August 21, 2007

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge