**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 01-cr-00359-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. BRAULIO MEDINA-GARCIA,

    Defendant.

**ORDER**

    THIS MATTER is before the Court on Defendant Braulio Medina-Garcia's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed with the Court on October 15, 2007. Defendant has filed several *pro se* pleadings since his Judgment of Conviction was entered on January 12, 2007. Most recently, the Court instructed Mr. Medina-Garcia that because he currently is represented by counsel, Adam Michael Tucker, the Court would not consider any motions filed by Defendant in the instant criminal action. The Court informed Defendant that all future *pro se* motions will be stricken.

    Nonetheless, given the nature of Defendant's latest Motion, as opposed to striking the Motion, the Court will direct counsel of record, Mr. Adam Michael Tucker, either to withdraw as counsel so Defendant may proceed *pro se*, or to inform the Court of his intentions to represent Defendant in the § 2255 Motion. Accordingly, it is

    ORDERED that Defendant's Counsel, Adam Michael Tucker, within ten days of the date of the instant Order, shall either withdraw as counsel or inform the Court of his intentions to represent Defendant in the § 2255 Motion. It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of the instant Order to both Defendant Braulio Medina Garcia and to Defendant's Counsel, Adam Michael Tucker.

Dated: October 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge