**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

District Judge Wiley Y. Daniel

Civil Action No.  07-cv-02174-WYD
Criminal Action No. 01-cr-00359-WYD

UNITED STATES OF AMERICA,

    v.

BRAULIO MEDINA-GARCIA,

    Movant.

## ORDER

After preliminary consideration of Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 in the sentence imposed in this Court, it is now

ORDERED that the United States Attorney on or before Tuesday, November 20, 2007, shall file an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  October 31, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge